# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **STEPHEN ELLIS LEE** | : | **Case No: 21-15347-LSS** |
| **CHRISTINA RICHWALSKY LEE:** | | |
| | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| | : | |
| **Kaiwen, LLC** | : | |
| **d/b/a Far East Restaurant** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **STEPHEN ELLIS LEE** | : | |
| **CHRISTINA RICHWALSKY LEE:** | | |
| | : | |
| **Respondent** | : | |

## <u>RESPONSE TO MOTION TO MODIFY STAY</u>

Respondents, Stephen Ellis Lee and Christina Richwalsky Lee, by the undersigned counsel responds to Movants Motion Seeking Relief from Automatic Stay as follows:

1.  Paragraph 1, Debtor is without sufficient information to admit or deny.
2.  Paragraphs 2 - 6 are admitted.
3.  Paragraph 7 is denied.
4.  Paragraphs 8 – 10 are admitted.
5.  Paragraph 11 is denied.
6.  Paragraphs 12 – 13 are admitted.
7.  Paragraphs 14 – 15, Debtors do not admit or deny these allegations.
8.  Paragraph 16 is denied.
9.  Paragraph 17, Debtors are without sufficient information to admit or deny.
10. Paragraphs 18 – 23 are admitted.
11. Paragraphs 24 – 30 are denied.
12. Paragraph 31 is admitted.
13. Paragraph 32 is denied.
14. Paragraph 33 is admitted.
15. Paragraph 34 is denied.
16. Paragraphs 35 – 37 are admitted.

17. Paragraph 38 is denied.
18. Paragraph 39, Debtors submit that all income during the course of the chapter 13 bankruptcy is property of the bankruptcy estate.
19. Paragraphs 40 – 41, These allegations do not require an answer.
20. Paragraph 42 is admitted.
21. Paragraphs 43 – 48 are denied.
22. That the subject property is necessary for an effective reorganization of Debtor's affairs.

**WHEREFORE,** Respondent requests that Movant's motion be denied.

/s/ Frank Morris II
Frank Morris II, Esquire
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
Attorney for Debtor
frankmorrislaw@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the ___16th___ day of July, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the <u>Response to Motion to Modify Stay</u> will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee
Christopher L. Rogan., Esquire
U.S. Trustee

I hereby further certify that on the ___16th___ day of July, 2026, a copy of the <u>Response to Motion to Modify Stay</u> was also mailed first class mail, postage prepaid to:

U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770

All Creditors and interested parties listed on the attached matrix

/s/ Frank Morris II
FRANK MORRIS II, ESQUIRE
8201 Corporate Drive
Suite 260
Hyattsville, MD  20785
(301)731-1000
MD Bar # 023091
Attorney for Debtor
frankmorrislaw@yahoo.com